

# NUMBER 13-14-00746-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GEORGE LAUREL ROSAS,                                    **Appellant,**

**v.**

MELONY JENNIFER ROSAS,                               **Appellee.**

## On appeal from the 94th District Court
## of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam

Appellant, George Laurel Rosas, appeals from the issuance of a protective order by the 94th District Court of Nueces County, Texas, in cause number 2014-FAM-0503-C. This cause is before the Court on appellant's motion to dismiss the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
12th day of February, 2015.